IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD L. WELLS,               ) | |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
| -vs-                            ) | Case No.  CIV-10-1154-F |
|                                 ) | |
| MICHAEL J. ASTRUE,              ) | |
| Commissioner of the Social      ) | |
| Security Administration,        ) | |
|                                 ) | |
|         Defendant.              ) | |

## ORDER

On December 13, 2011, United States Magistrate Judge Shon T. Erwin issued Findings and Recommendation of Magistrate Judge, wherein he recommended that the final decision of the Commissioner of the Social Security Administration denying plaintiff's applications for disability insurance benefits and supplemental security income benefits be affirmed.

Presently before the court is plaintiff's timely objection to the Findings and Recommendation of Magistrate Judge. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with Magistrate Judge Erwin's analysis. The court finds plaintiff's arguments are without merit. Therefore, the court accepts, adopts and affirms the Findings and Recommendation of Magistrate Judge.

Accordingly, the Findings and Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on December 13, 2011 (doc. no. 15) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying

Case 5:10-cv-01154-F   Document 17   Filed 01/19/12   Page 2 of 2

2

plaintiff's applications for disability insurance benefits and supplemental security income benefits is **AFFIRMED**.

DATED January 19, 2012.

/s/ S.P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1154p002.wpd